IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD J. MCKENZIE,
    Plaintiff,

vs.                                    Case No.: 3:12cv416/RS/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). He was directed to pay the $350.00 filing fee or file a motion to proceed in forma pauperis (doc. 3). His subsequently-filed motion to proceed in forma pauperis was deficient, and by order of this court dated October 3, 2012, Plaintiff was again given thirty (30) days in which to pay the filing fee or file a complete application to proceed in forma pauperis (*see* docs. 4, 5). Plaintiff failed to comply; therefore, on November 8, 2012, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 7). Over sixty (60) days have elapsed since Plaintiff was directed to file his in forma pauperis motion, and the time for compliance with the show cause order has now elapsed without further response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 7th day of December 2012.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).