IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD J. McKENZIE,

    Plaintiff,

v.                              CASE NO. 3:12-cv-416-RS-EMT

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's First Amended Complaint (Doc. 6) is **DISMISSED without prejudice** for failure to comply with an order of the court.

3. The Clerk is directed to close the file.

**ORDERED** on January 8, 2013.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**